UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C. &
EAST COAST PLASTIC SURGERY, P.C.,            Case Number: 2:22-cv-06594-JMA-ST

                        Plaintiff,

                                             **STIPULATION OF DISMISSAL**
              -against-                      **WITHOUT PREJUDICE**

UNITED HEALTHCARE SERVICES, INC.,

                        Defendant.
-------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiffs and defendants, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by Plaintiff against Defendant in the above-captioned action are dismissed without prejudice, and without costs or attorneys' fees to either party.

    **IT IS FURTHER STIPULATED AND AGREED,** that for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

Dated: New York, New York
    May 11, 2023

_____          _____
Michael Baglio, Esq.                     Matthew P. Mazzola
Brendan Kearns, Esq.                     ROBINSON & COLE LLP
LEWIN & BAGLIO, LLP                      Chrysler East Building
1100 Shames Drive, Suite 100             666 Third Avenue, 20th floor
Westbury, NY 11590                       New York, NY 10017
Tel: 516-307-1777                        Main: (212) 451-2900
*Attorneys for Plaintiff*                mmazzola@rc.com
                                         *Attorneys for Defendants*